AO91 (Rev. 12/03)   Criminal Complaint                                                           AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**                    **CRIMINAL COMPLAINT**
vs.

Guadalupe SANCHEZ-Cruz                          Case Number: 1:19-po-1716
A201 424 727  Mexico

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __March 20, 2019__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on March 20, 2019. The defendant is a citizen of Mexico who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on March 20, 2019 thus avoiding immigration inspection.

Defendant had $1,000 Mexican pesos at time of apprehension.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Fayett, Bernardo I.  Border Patrol Agent
Signature of Complainant

Fayett, Bernardo I.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 21, 2019                                        at      Brownsville, Texas
Date                                                              City/State

Ronald Morgan             U.S. Magistrate Judge
Name of Judge             Title of Judge                     Signature of Judge